**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY AND MACON DIVISIONS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**LUCAS JAY LEWKOW,**<br><br>Defendant | NO. 1: 09-CR-34 (WLS)<br><br>**VIOLATIONS:** 21 U.S.C. §841(a)(1), Etc. |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. Defendant LUCAS JAY LEWKOW was represented by the Federal Defender, Ms. Cynthia Roseberry; the United States was represented by Assistant U. S. Attorney Tamara A. Jarrett. Based upon the evidence proffered to the court by counsel for the government and counsel for the defendant, as well as the contents of the Pretrial Services Report from the Northern District of Florida dated November 24, 2009, and noting that defense counsel advised the court that Mr. Lewkow CONSENTS to pretrial detention, I conclude that the following facts require the detention of the defendant pending the trial of this case.

### PART I - FINDINGS OF FACT

☒ (1) There is PROBABLE CAUSE to believe that the defendant has committed an offense

   ☒ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

   ☐ under 18 U.S.C. §924(c).

☒ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ (1) There is a serious risk that the defendant will not appear.

☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the aforementioned Pretrial Service Report, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of the defendant and the safety of the community were defendant LEWKOW to be released from custody. The defendant has no ties to the Middle District of Georgia; the offenses charged against him are serious ones for which long-term incarceration can be expected in the event of a conviction or plea of guilty. His estimated guideline range is 41 months to 51 months. Defendant LEWKOW has a history of illegal drug usage, including marijuana and cocaine. He has prior drug arrests in both Bay County and Gulf County, Florida going back to 1987 and continuing to 2009. As noted above, defendant LEWKOW consents to pretrial detention.

| PART III  -  DIRECTIONS REGARDING DETENTION |
|---|

      The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      SO ORDERED, this 14th day of DECEMBER, 2009.

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**